

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00009-CV

SUZETTE WOODS                                                        APPELLANT

V.

CITIMORTGAGE, INC.                                                    APPELLEE

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On April 29, 2013, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  June 13, 2013